| | |
|---|---|
| 1 | Thomas M. Murphy - Bar No. 132283 |
| | Jeffrey L. Le Pere - Bar No. 201787 |
| 2 | SUTTON & MURPHY |
| | 26056 Acero |
| 3 | Mission Viejo, CA 92691 |
| | Telephone: (949) 206-0550 |
| 4 | Facsimile: (949) 206-0560 |
| | tmurphy@suttonmurphy.com |
| 5 | jlepere@suttonmurphy.com |

Attorneys for Defendant, WINNEBAGO INDUSTRIES, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH VARI AND ALEX VARI, | CASE NO.: 2:08-CV-00056-JAM-EFB |
| Plaintiffs, | Assigned to Judge John A. Mendez |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE OF ALL DEFENDANTS** |
| WINNEBAGO INDUSTRIES, INC., | |
| Defendant. | Complaint Filed : May 18, 2007 |
| | Trial Date : July 13, 2009 |

Plaintiffs, ELIZABETH VARI and ALEX VARI, and defendants, WINNEBAGO INDUSTRIES, INC. and FREIGHTLINER CUSTOM CHASSIS CORPORATION, filed a Stipulation of Dismissal with Prejudice, in support thereof will respectfully show the Court as follows:

1. There are no longer any issues in this matter between plaintiffs, Elizabeth Vari and Alex Vari, and defendants, Winnebago Industries, Inc. and Freightliner Custom Chassis Corporation.

Accordingly, plaintiffs and defendants hereby stipulate that all claims or causes of actions against these defendants, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with Court cost to be paid by the party incurring the same.

1

STIPULATION TO DISMISS WITH PREJUDICE OF ALL DEFENDANTS

| | |
|---|---|
| DATED: March __, 2009 | Respectfully submitted,<br><br>By: _____<br>Ryan Lee, Esq.<br>Attorneys for Plaintiffs,<br>**ELIZABETH VARI and ALEX VARI** |
| DATED: March __, 2009 | Respectfully submitted,<br><br>By: _____<br>Thomas M. Murphy, Esq.<br>Jeffrey L. LePere, Esq.<br>Attorneys for Defendant,<br>**WINNEBAGO INDUSTRIES, INC.** |
| DATED: March __, 2009 | Respectfully submitted,<br><br>By: _____<br>Joseph A. Whitecavage, Esq.<br>Attorneys for Defendant,<br>**FREIGHTLINER CUSTOM CHASSIS CORPORATION** |

STIPULATION TO DISMISS WITH PREJUDICE OF ALL DEFENDANTS

| | | |
|---|---|---|
| 1 | DATED: March __, 2009 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /S/ |
| 4 | | Ryan Lee, Esq. |
| 5 | | Attorneys for Plaintiffs, **ELIZABETH VARI and ALEX VARI** |
| 6 | DATED: March __, 2009 | Respectfully submitted, |
| 7 | | |
| 8 | | By: /S/ |
| 9 | | Thomas M. Murphy, Esq. |
| 10 | | Jeffrey L. Le Pere, Esq. Attorneys for Defendant, **WINNEBAGO INDUSTRIES, INC.** |
| 11 | DATED: March 6, 2009 | Respectfully submitted, |
| 12 | | |
| 13 | | By: [signature] |
| 14 | | Joseph A. Whitecavage, Esq. |
| 15 | | Attorneys for Defendant, **FREIGHTLINER CUSTOM CHASSIS CORPORATION** |

| | |
|---|---|
| 1 | Thomas M. Murphy - Bar No. 132283 |
| | Jeffrey L. Le Pere - Bar No. 201787 |
| 2 | **SUTTON & MURPHY** |
| | 26056 Acero |
| 3 | Mission Viejo, CA 92691 |
| | Telephone: (949) 206-0550 |
| 4 | Facsimile: (949) 206-0560 |
| | tmurphy@suttonmurphy.com |
| 5 | jlepere@suttonmurphy.com |
| 6 | |
| 7 | Attorneys for Defendant, WINNEBAGO INDUSTRIES, INC. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH VARI AND ALEX VARI, | ) CASE NO. : 2:08-CV-00056-JAM-EFB |
| | ) Assigned to Judge John A. Mendez |
| Plaintiffs, | ) |
| | ) **ORDER OF DISMISSAL WITH** |
| vs. | ) **PREJUDICE OF ALL DEFENDANTS** |
| | ) |
| WINNEBAGO INDUSTRIES, INC., | ) |
| | ) **Trial Date : July 13, 2009** |
| Defendant. | ) |
| | ) Complaint Filed : May 18, 2007 |

Plaintiffs, ELIZABETH VARI and ALEX VARI, have announced to the Court that all matters in controversy against defendants, WINNEBAGO INDUSTRIES, INC. and FREIGHTLINER CUSTOM CHASSIS CORPORATION, have been resolved. A Stipulation of Dismissal has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

**IT IS ORDERED** that the Court will retain jurisdiction over this matter to enforce the settlement. Otherwise, the claims and causes of action asserted herein by plaintiffs, ELIZABETH VARI and ALEX VARI, against all defendants are in all respects

/ / /

/ / /

1

ORDER OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

1 | dismissed with prejudice to the refiling of same, with court costs to be paid by the party
2 | incurring same.

4 | DATED: March 16, 2009

                                            John A. Mendez
                                            UNITED STATES DISTRICT COURT JUDGE